**In the United States District Court**
**For the Central District of Illinois**
**Urbana Division**

| | | |
|---|---|---|
| WILLIAM SHURES, | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 20-2264 |
| AMEREN ILLINOIS, | ) | |
| Defendant. | ) | **Jury Trial Demanded** |

**Complaint**

Now Comes the Plaintiff, WILLIAM SHURES ("Shures"), by and through his undersigned counsel, John A. Baker, and in support of his complaint against the Defendant, AMEREN ILLINOIS ("Ameren"), states as follows:

**I. Jurisdiction and Venue**

1. Shures alleges that Ameren violated his rights under the Age Discrimination in Employment Act of 1967 ("ADEA"), 29 U.S.C.A. § 621 et seq. This is a federal statute vesting jurisdiction in this Court under 28 U.S.C. § 1331.

2. Shures, at the times the incidents giving rise to this litigation occurred, was employed by Ameren in Macon County, Illinois. The Defendant engages in business in Macon County, Illinois, making venue appropriate in this Court.

**II. Nature of this lawsuit**

3. Shures maintains this lawsuit against Ameren by alleging that his rights under the ADEA have been violated. Specifically, he contends that his employment was terminated by Ameren on January 9, 2019, because of his age.

### III. Parties

4. Shures is an adult resident of the State of Illinois. He was previously employed by Ameren as a Drafting Supervisor in Decatur, Illinois.

5. Ameren is a public utility that engages in business in Macon County, Illinois.

6. Ameren is an "employer" as that term is defined by the ADEA.

### IV. Complaint

7. The ADEA provides that it is unlawful for an employer "to discriminate against any individual with respect to his compensation, terms, conditions, or privileges of employment, because of such individual's age." 29 U.S.C. § 623(a)(1).

8. Shures' date of birth is January 16, 1962. At the time Ameren terminated his employment he was in a class of individuals protected from discrimination because of his age.

9. Shures' employment with Ameren was terminated on January 9, 2019.

10. But for Shures' age, his employment with Ameren would not have been terminated.

11. In terminating Shures' employment, Ameren violated his rights under the ADEA.

12. As a result of Ameren's actions, Shures has sustained damages.

13. Shures timely filed a charge of discrimination with the Equal Employment Opportunity Commission and that charge was assigned case number 440-2019-07536.

14. Shures received a notice of right to sue from the EEOC on June 29, 2020, and is initiating this lawsuit in a timely fashion.

Wherefore, Shures respectfully requests that this Court enter an order finding and providing as follows:

A. An order mandating Ameren to compensate him for the wages and benefits he

lost as a result of his termination.

  B.  Equitable relief in the form of either reinstatement or front pay.

  C.  Liquidated damages.

  D.  An award of attorney fees associated with bringing this claim.

  E.  Any other order that is just and appropriate.

**Shures requests a jury trial**

          William Shures

       By: /s/ *John A. Baker*
          His Attorney

John A. Baker
Baker, Baker & Krajewski, LLC
415 South Seventh Street
Springfield, Illinois 62701
Telephone:  (217) 522-3445
Facsimile:  (217) 522-8234
Email:   jab@bbklegal.com